# WINGATE, RUSSOTTI, SHAPIRO & HALPERIN, LLP

PHILIP RUSSOTTI
CLIFFORD H. SHAPIRO
KENNETH J. HALPERIN
I. BRYCE MOSES
KATHLEEN P. KETTLES
WILLIAM P. HEPNER
JASON M. RUBIN
JOSEPH P. STODUTO
MITCHELL R. KAHN
VICTOR GOLDBLUM
FRANK J. LOMBARDO
NICOLE M. GILL
MICHAEL J. FITZPATRICK

ERIC L. HORN
PAUL R. CORDELLA
ANDREA V. BORDEN
LAUREN M. PENNISI
RYAN J. LAWLOR
THOMAS S. PARDO
CARMINE J. GONCALVES
MICHAEL J. ZISSER
KONSTANTIN BURSHTEYN

ATTORNEYS AT LAW

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE
SUITE 2750
NEW YORK, NY 10170

(212) 986-7353
FACSIMILE: (212) 953-4308
WWW.WRSHLAW.COM

OF COUNSEL

PAULA M. GRECO
ROBERT J. BELLINSON
BRIELLE C. GOLDFADEN
DOUGLAS A. MILCH
DAVID M. HOFFMAN
NOAH KATZ
JAY A. WECHSLER
DAVID M. SCHWARZ
ENRIQUE O. GUERRERO
GENNARO BATTILORO

WILLIAM A. WINGATE
1927 - 2009

September 3, 2020

VIA ECF
District Judge Dora L. Irizarry
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

VIA ECF
Magistrate Judge James Orenstein
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom: 11D South
Brooklyn, NY 11201

        Re:   WON CHA and JIN YI LEE v. COMPASS GROUP, USA, INC. and MICHAEL POWELL
             Case No.: 1:19-cv-05233-(DLI)(JO)

Dear Judge Irizarry and Judge Orenstein:

    As you are aware, this office represents the plaintiffs in this action. Please allow this letter to serve as my request for a pre-motion conference. The motion to be filed will be a motion for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting the plaintiffs partial summary judgment against the defendants on the issue of liability, upon the grounds that there are no triable issues of material fact as to liability and that, as a matter of law, the plaintiffs are entitled to such judgment, as well as dismissing the defendants' affirmative defenses alleging comparative negligence, contributory negligence and culpable conduct of the plaintiffs.

    The basis for the anticipated motion includes the following. This matter stems from a motor vehicle collision which occurred on August 5, 2018, at approximately 2:00 p.m., on Horace Harding Expressway at its intersection with Francis Lewis Boulevard in Queens. A copy of the police report is enclosed. At the time of the collision, Plaintiff Jin Yi Lee was a seat-belted front seat passenger in a vehicle being operated by her husband Won Cha, who was also seat-belted. <u>The vehicle Mr. Cha was operating and in which Ms. Lee was a passenger was struck from the rear by a vehicle owned by defendant Compass Group USA, Inc. and operated by the defendant Michael Powell in the course of</u>

**WINGATE, RUSSOTTI, SHAPIRO & HALPERIN, LLP**

his employment with Compass Group USA, Inc. Mr. Powell failed to maintain a safe following distance. It is evident that the defendants are 100% responsible for negligently causing this unexplained rear-end collision. The defendants are unable to put forth any non-negligent explanation for the happening of this rear-end collision. Indeed, the New York City Police Department noted that an apparent contributing cause of the accident was defendants' "Inattention/Distraction". See police accident report, and accompanying DMV document, MV-104COV, which explains the notations in the police accident report.

It is hornbook law in New York that when a driver of an automobile approaches another automobile from the rear, he or she is bound to maintain a reasonably safe rate of speed and control over his or her vehicle, and to exercise reasonable care to avoid colliding with the other vehicle. A driver of a vehicle approaching another vehicle from the rear is required to maintain a reasonably safe rate of speed and control over his or her vehicle and to exercise reasonable care to avoid colliding with the other vehicle. Under the New York State case law applicable to rear-end collisions, a *prima facie* case of negligence is established by proof that a stopped car was hit in the rear. See Morgan v. Flippen, 173 A.D. 3d 735 (2nd Dep't 2019); Briceno v Milbry, 16 A.D.3d 448 (2nd Dep't 2005); Leonard v New York, 273 A.D.2d 205 (2nd Dep't 2000); Shamah v Richmond County Ambulance Service, Inc., 279 A.D.2d 564 (2nd Dep't 2001); Hurley v Cavitolo, 239 A.D.2d 559 (2nd Dep't 1997). Absent a sufficient non-negligent excuse, colliding with the rear of another vehicle is negligence as a matter of law. See Buchanan v. Keller, 169 A.D.3d 989 (2d Dep't 2019); Bernier v. Torres, 79 A.D.3d 776 (2d Dep't 2010); Lampkin v. Chan, 68 A.D. 3d 727 (2d Dep't 2009); Piltser v. Donna Lee Management Corp., 29 A.D.3d 974 (2d Dep't 2006); Milskiy v. Solanky, 8 A.D. 3d 353 (2d Dep't 2004); Danza v. Longieliere, 256 A.D.2d 434 (2d Dep't 1998). A duty of explanation is imposed on the operator of a moving vehicle that has hit a stopped vehicle because that operator is in the best position to explain whether the collision was due to a reasonable non-negligent cause. See Sorocco v. Meglio, 157 A.D.3d 838 (2d Dep't 2018); Schmertzler v. Lease Plan U.S.A., Inc., 137 A.D.3d 1101 (2d Dep't 2016); Higgins v Ridgewood Savings Bank, 262 A.D.2d 357 (2d Dep't 1999); Reid v Courtesy Bus Co., 234 A.D.2d 531 (2d Dep't 1996).

It is beyond question that drivers must maintain safe distances between their vehicles and vehicles in front of them, which imposes on them duty to be aware of traffic conditions, including vehicle and/or traffic stoppages. An operator of an automobile must at all times have his automobile under such control and at such a reasonable distance away from a preceding automobile so that if the preceding automobile does stop for whatever reason the operator of following vehicle can stop his automobile without ramming into the preceding one. A driver who strikes the rear of a vehicle in front of him is negligent.

The record herein establishes Defendants' clear violation of the aforementioned fundamental principles. The Defendants are unable to rebut the presumption of negligence caused by virtue of this rear-end collision. No non-negligent explanation for the happening of the collision exists. Under such circumstances, summary judgment must be granted against the rear-ending driver and Defendants in favor of the occupants of the front vehicle - in this case, the Plaintiffs.

Please advise the undersigned as to the scheduling of a pre-motion conference. Thank you for your attention to this matter.

Very truly yours,

*Jay A. Wechsler*
Jay A. Wechsler, Esq.

CC W/ENCLOSURES
VIA ECF
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
Attorney for Defendants
1201 RXR Plaza
Uniondale, NY 11556

Page 1 of 2 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/11)

Precinct: 107
Accident No.: MV-2018-107-002746
Complaint Number:
☐ AMENDED REPORT

| Field | Value |
|---|---|
| Accident Date | Month 8, Day 5, Year 2018 |
| Day of Week | SUNDAY |
| Military Time | 14:00 |
| No. of Vehicles | 2 |
| No. Injured | 1 |
| No. Killed | 0 |
| Not Investigated at Scene | ☐ |
| Reconstructed | ☐ |
| Left Scene | ☐ |
| Police Photos | ☐ Yes ☑ No |

**VEHICLE 1**
- Driver License ID Number: 551582067, State of Lic.: NY
- Driver Name: POWELL, MICHAEL
- Address: 11412 194 STREET
- City or Town: QUEENS, State: NY
- Date of Birth: Month 4, Day 13, Year 1957, Sex: M
- Unlicensed: ☐
- No. of Occupants: 1
- Public Property Damaged: ☐
- Name on registration: COMPASS GROUP USA
- Plate Number: 90259MJ, State of Reg.: NY
- Vehicle Year & Make: 2011 FORD
- Vehicle Type: PICK-UP TRUCK
- Ins. Code: 228

**VEHICLE 2** ☑ / BICYCLIST ☐ / PEDESTRIAN ☐ / OTHER PEDESTRIAN ☐
- Driver License ID Number: (blank)
- Driver Name: CHA, WON
- Address: 64-12 214 STREET
- City or Town: QUEENS, State: NY
- Date of Birth: Month 8, Day 20, Year 1973, Sex: M
- Unlicensed: ☑
- No. of Occupants: 2
- Name on registration: MCNAMARA, JOOMI LEE, Sex: U
- Address: 64-12 214 STREET
- City or Town: QUEENS, State: NY
- Plate Number: HLM8342, State of Reg.: NY
- Vehicle Year & Make: 2016 JEEP
- Vehicle Type: SW/SUV
- Ins. Code: 326
- Ticket/Arrest Number(s): ABD6039364
- Violation Section(s): VTL 509-1

**VEHICLE 1 DAMAGE CODES**
- Box 1 - Point of Impact: 1
- Box 2 - Most Damage: 3
- Enter up to three more Damage Codes: 3, 4, 5

**VEHICLE 2 DAMAGE CODES**
- Box 1 - Point of Impact: 9
- Box 2 - Most Damage: 9
- Enter up to three more Damage Codes: 3, 4, 5

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

ACCIDENT DIAGRAM:
1. Rear End  2. Sideswipe (same direction)  3. Left Turn  4. Left Turn  5. Right Angle  6. Right Turn  7. Head On  8. Sideswipe (opposite)

DIAGRAM ATTACHED ON SUBSEQUENT PAGE
1 REAR END

Cost of repairs to any one vehicle will be more than $1000. ☐ Unknown/Unable to Determine ☐ Yes ☑ No

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☐ NEW YORK ☑ QUEENS ☐ RICHMOND
Road on which accident occurred: HORACE HARDING EXPRESSWAY
at 1) intersecting street: FRANCIS LEWIS BOULEVARD

**Accident Description/Officer's Notes:** AT TPO DRIVER OF VEHICLE 1 STATES AS TRAFFIC SLOWED DOWN HE TRIED TO SLOW DOWN AND COLLIDED WITH VEHICLE 2. RESULTING IN COLLISION. DRIVER RMA. DRIVER OF VEHICLE 2 STATES WAS SLOWING DOWN AND WAS REAR ENDED BY VEHICLE 1. DRIVER RMA. PASSENGER TRANSPORTED TO LIJ. OFFICER DID NOT WITNESS.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 61 | M | - | - | - | - | - | POWELL, MICHAEL | |
| B | 2 | 1 | 4 | 1 | 44 | M | - | - | - | - | - | CHA, WON | |
| C | 2 | 6 | 4 | 1 | 44 | F | 1 | 13 | 4 | 53F | 7321 | LEE, JINYI | |

Officer's Rank and Signature: POM
Print Name in Full: JAKE R GASPARI
Tax ID No.: 964009
NCIC No.: 03030
Precinct: 107
Reviewing Officer: SGT GUILLERMO A SUAREZ
Date/Time Reviewed: 08/06/2018 09:49

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| | Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|---|
| C | LEE | JINYI | | | | |

Address: 
Date of Birth — Month / Day / Year
Telephone (Area Code)

(additional blank person entry fields repeated)

Highway Dist. at Scene? ☐ Yes ☑ No
Name:
Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  2935950
Expiration Date  09/30/2017
VIN  1FDXE4FLXBDB01904

Vehicle No. 2  229005E1052A
Expiration Date  11/10/2018
VIN  1C4BJWEG8GL309769

**WITNESS** (Attach separate sheet, if necessary)
Name | Address | Phone

**DUPLICATE COPY REQUIRED FOR:**
- ☐ Dept. of Motor Vehicles (if anyone is killed/injured)
- ☐ Motor Transport Division (P.D. vehicle involved)
- ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
- ☐ Other City Agency (Specify)
- ☐ Office of Comptroller (if a City vehicle involved)
- ☐ Personnel Safety Unit (if a P.D. vehicle involved)
- ☐ Highway Unit

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles) | **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle — Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|

Equipment In Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
- ☐ Responding to Code Signal
- ☐ Pursuing Violator
- ☐ Other (Describe)
- ☐ Complying with Station House Directive
- ☐ Routine Patrol

MV-104AN (7/11)                                    Page 2 of 2 Pages

Rear End : MV-2018-107-002746
Reporting Officer : POM JAKE R GASPARI
Reviewing Officer : SGT GUILLERMO A SUAREZ Reviewed Date : 08/06/2018 09:49





MV-104COV (7/18)

### There are only 3 valid entries for injury code boxes 14, 15 and 16:

1. three dashes (-) meaning "does not apply" because no injury occurred.
2. three X's meaning that an injury did occur but its complete nature is "unknown".
3. three numeric injury codes which individually reflect the LOCATION OF MOST SEVERE PHYSICAL COMPLAINT, the TYPE OF PHYSICAL COMPLAINT and the VICTIM'S PHYSICAL AND EMOTIONAL STATUS.

The injury codes in column 14, the LOCATION OF MOST SEVERE PHYSICAL COMPLAINT, are self-explanatory. Definitions of the injury codes for columns 15 and 16 are as follows:

COLUMN 15 - TYPE OF PHYSICAL COMPLAINT: This column is used to describe the type of physical injury sustained. The following are definitions of the Types of Physical Complaints for Column 15.

1. Amputation — Severed parts.
2. Concussion — Dazed condition as the result of a blow to the head.
3. Internal — No visible injury, but signs of anxiety, internal pain and thirst.
4. Minor Bleeding — Slight discharge of blood.
5. Severe Bleeding — Steady flow of blood that is not controlled.
6. Minor Burn — Reddening of the skin.
7. Moderate Burn — Reddening, blistering of skin over large area.
8. Severe Burn — Reddening, blistering or charring of the skin over a large portion of the body.
9. Fracture — Distorted — Dislocation — Limb is disformed, bone is visible, evidence of bone displacement.
10. Contusion/Bruise — Discoloration.
11. Abrasion — Top layer of skin is scraped.
12. Complaint of Pain or Nausea — No visible signs of injury, but victim makes verbal complaint.
13. None Visible — No visible injuries, but victim is other than normal.
14. Whiplash — Complaint of neck and head pain.
15. Crush Injuries — Part of body is pinned or trapped and the victim cannot escape.
16. Paralysis — Any loss of movement that is not voluntary.
17. Severe Lacerations — Exposure of under tissue and/or oozing active bleeding.

Column 16 — VICTIM'S PHYSICAL AND EMOTIONAL STATUS: Column 16 is used to describe the overall condition of the injured person. A victim's status is defined as follows:

1. Apparent Death.
2. Unconscious — Victim unaware of surroundings, and does not respond to verbal or physical stimuli.
3. Semi-conscious — Victim not fully aware of surroundings.
4. Incoherent — Lacking orderly continuity of thought.
5. Shock — Depressed condition of all body functions, resulting from serious injury or incident.
6. Conscious — Normal and aware of surroundings.

COLUMN 17 — INJURED TAKEN BY: The means by which an injured person is transported to a hospital is to be recorded in Column 17. If the vehicle is an ambulance with a New York ambulance license plate, enter the license plate number. For injured persons taken for emergency medical treatment in a vehicle other than an ambulance with a NY ambulance license plate, enter the following codes in column 17:

9992 Helicopter
9993 Unknown Ambulance
9994 Coroner's Van or Municipal Emergency Equip.
9995 Private Vehicle
9996 Invalid Coach (Funeral)
9997 Fire Vehicle
9998 Police Car
9999 Police Ambulance

COLUMN 18 — INJURED TAKEN TO: See the hospital codes on the bleed-through sheet.

For additional information on filling out this form, refer to the Police Crash Report Submission Instructions (Form P-33).

MV-104COV (7/18)

## NEW YORK STATE HOSPITAL CODES

**ALBANY COUNTY HOSPITALS**
Albany Medical Center Hospital - 0101
Childs Hospital - 0104
Eddy Cohoes Rehabilitation Center - 0107
Memorial Hospital - 0103
St. Peter's Hospital - 0102
V.A. Hospital - 0106

**ALLEGANY COUNTY HOSPITALS**
Cuba Memorial Hospital - 0201
Memorial Hospital of William & Gertrude F. Jones - 0202

**BRONX COUNTY HOSPITALS**
Bronx Municipal Hospital Center - 7003
Bronx Psychiatric Center - 7004
Bronx V.A. Hospital - 7005
Calvary Hospital Inc.- 7006
Lincoln Hospital and Medical Health Center - 7010
Our Lady of Mercy Medical Center - 7011
Montefiore Hospital and Medical Center - 7012
North Central Bronx Hospital - 7026
Our Lady of Mercy Medical Center Durso Pavilion - 7016
Prospect Hospital After Care - 7017
St. Barnabas Hospital - 7019
The Bronx-Lebanon Hospital Center Concourse Division - 7020
The Bronx-Lebanon Hospital Center Fulton Division - 7021
Montefiore Hosp. J. D. Weiler Hosp. of
  A. Einstein Coll. of Med. - 7022
Union Hospital - 7023
Westchester Square Hospital - 7025
Montefiore Center, Henry and Lucy Moses Division - 7026

**BROOME COUNTY HOSPITALS**
Binghamton Psychiatric Center - 0305
Medicenter Division of United Health Services - 0303
Our Lady of Lourdes Memorial Hospital - 0304
United Health Services-Binghamton General Hospital Div. - 0301
United Health Services-Wilson Hospital Division - 0302

**CATTARAUGUS COUNTY HOSPITALS**
Olean General Hospital - Main - 0401
Olean General Hospital - West - 0405
Parkway Primary Care - 0406
Tri-County Memorial Hospital - 0404

**CAYUGA COUNTY HOSPITALS**
Auburn Memorial Hospital - 0501

**CHAUTAUQUA COUNTY HOSPITALS**
Brooks Memorial Hospital - 0601
Jamestown General Hospital - 0602
Lake Shore Hospital Inc. - 0603
WCA Hospital at Jones Memorial Health Center - 0606
Westfield Memorial Hospital - 0604
Womans Christian Association - 0605

**CHEMUNG COUNTY HOSPITALS**
Arnot-Ogden Memorial Hospital - 0701
St. Joseph's Hospital - 0702

**CHENANGO COUNTY HOSPITALS**
Chenango Memorial Hospital Inc. - 0801

**CLINTON COUNTY HOSPITALS**
Champlain Valley Physicians Hospital - 0901
Plattsburgh Air Force Base Hospital - 0903

**COLUMBIA COUNTY HOSPITALS**
Columbia-Greene Medical Center, Columbia Division - 1001

**CORTLAND COUNTY HOSPITALS**
Cortland Memorial Hospital Inc. - 1101

**DELAWARE COUNTY HOSPITALS**
Community Hospital - 1201
Delaware Valley Hospital - 1202
Margaretville Memorial Hospital - 1203
O'Connor Hospital, Division of Bassett Health Care - 1205
The Hospital - 1206

**DUTCHESS COUNTY HOSPITALS**
Highland Hospital - 1304
Hudson River Psychiatric Center - 1301
Northern Dutchess Hospital - 1305
St. Francis Hospital - 1307
V.A. Medical Center, Castle Point - 1302
Vassar Brothers Hospital - 1306

**ERIE COUNTY HOSPITALS**
Bertrand Chaffee Hospital - 1402
Booth Memorial Hospital - 1410
Buffalo Columbus Hospital, Inc. - 1412
Buffalo General Hospital - 1404
Buffalo General Hospital - Deaconess Center - 1414
Buffalo Psychiatric Center - 1421
Childrens Hospital - 1413
Erie County Medical Center - 1405
Gowanda Psychiatric Center - 1407
Kenmore Mercy Hospital - 1416
Lafayette General Hospital - 1417
Mercy Hospital - 1418
Millard Fillmore Hospital - 1401
Millard Fillmore Suburban Hospital - 1423
Our Lady of Victory Hospital - 1408
Roswell Park Memorial Institute - 1420
Sheehan Memorial Hospital - 1406
Sisters of Charity Hospital - 1411
Sheridan Park Hospital - 1415
St. Francis Hospital - 1419
St. Joseph Hospital of Cheektowaga - 1422
V.A. Medical Center - 1403

**ESSEX COUNTY HOSPITALS**
Adirondack Medical Center - Lake Placid Site - 1504
Elizabethtown Community Hospital - 1501
Moses-Ludington Hospital - 1503

**FRANKLIN COUNTY HOSPITALS**
Adirondack Medical Center - Saranac Lake Site - 1605
Alice Hyde Memorial Hospital - 1602
Mercy General Hospital - 1603
Sunmount Hospital - 1604

**FULTON COUNTY HOSPITALS**
Johnstown Hospital - 1701
Nathan Littauer Hospital - 1702

**GENESEE COUNTY HOSPITALS**
Batavia V. A. Hospital - 1803
Genesee Memorial Hospital - 1801
St. Jerome Hospital - 1802

**HERKIMER COUNTY HOSPITALS**
Herkimer Memorial Hospital - 2101
Little Falls Hospital - 2102
Mohawk Valley General Hospital - 2103

**JEFFERSON COUNTY HOSPITALS**
Camp Drum Hospital - 2205
Carthage Area Hospital - 2201
Edward J. Noble Hospital of Alexandria Bay - 2202
House of the Good Samaritan - 2203
Mercy Hospital of Watertown - 2204

**Kings County Hospitals**
Baptist Medical Center of New York - 7141
Brookdale Hospital Center - 7103
Brooklyn Hospital Center Downtown Campus - 7105
Brooklyn V.A. Hospital - 7107
Brooklyn Hospital Center Caledonian Campus - 7108
Carson C. Peck Memorial Hospital - 7109
Community Hospital of Brooklyn - 7110
Coney Island Hospital -7111
Flatbush General Hospital - 7113
Hospital of the Holy Family Division of Catholic Med. Ctr. - 7115
Jewish Hospital and Medical Center - 7118
Kings County Hospital Center - 7119
Kings Highway Hospital - 7120
Kingsbrook Jewish Medical Center - 7121
Long Island College Hospital - 7124
Lutheran Medical Center - 7126
Maimonides Medical Center - 7127
Methodist Hospital of Brooklyn - 7128
St. John's Interfaith Medical Center - 7132
St. Mary's Hospital of Brooklyn - 7133
State University Hospital Downstate Medical Center - 7134
Victory Memorial Hospital - 7137
Wyckoff Heights Medical Center - 7139
Woodhull Medical and Mental Health Center - 7142
University Hospital of Brooklyn - 7143
Wyckoff Heights Med. Ctr. Jackson Heights Division - 7144

**LEWIS COUNTY HOSPITALS**
Lewis County General Hospital - 2401

**LIVINGSTON COUNTY HOSPITALS**
Dansville Memorial Hospital - 2501
Mt. Morris Tuberculosis Hospital - 2502
Nicholas H. Noyes Memorial Hospital - 2503

**MADISON COUNTY HOSPITALS**
Community Memorial Hospital - 2601
Oneida City Hospital - 2602

**MONROE COUNTY HOSPITALS**
Genesee Hospital - 2708
Highland Hospital - 2701
Lakeside Memorial Hospital - 2702
Monroe Community Hospital - 2709
Park Ridge Hospital - 2703
Rochester General Hospital - 2704
Rochester Psychiatric Center - 2707
St. Mary's Hospital - 2705
Strong Memorial Hospital - 2706

**MONTGOMERY COUNTY HOSPITALS**
Amsterdam Memorial Hospital - 2801
St. Mary's Hospital - 2802

**NASSAU COUNTY HOSPITALS**
Central General Hospital - 2908
Franklin General Hospital Medical Center - 2913
Hempstead General Hospital - 2907
H.I.P. Hospital of Long Island - 2903
Long Beach Hospital - 2900
Long Island Jewish Hillside Medical Center - 2918
Lydia E. Hall Hospital - 2912
Massapequa General Hospital - 2917
Mercy Hospital - 2915
Mid Island Hospital - 2910
Nassau County Medical Center - 2909
North Shore University Hospital - 2901
North Shore Univ. Hosp. at Glen Cove - 2902
South Nassau Community Hospital - 2911
St. Francis Hospital - 2916
Syosset Community Hospital - 2919
Winthrop University Hospital - 2905

**NEW YORK COUNTY HOSPITALS**
New York Downtown Hospital - 7201
Bellevue Hospital Center - 7202
Beth Israel Medical Center - 7203
Coler Memorial Hospital - 7204
Cabrini Medical Center - 7258
Columbia-Presbyterian Medical Center - 7205
Doctors Hospital - 7208
Flower and Fifth Avenue Hospital - 7209
Goldwater Memorial Hospital - 7212
Harlem Hospital Center - 7215
Hospital for Joint Diseases - 7216
Hospital for Special Surgery - 7218
Joint Diseases North General Hospital - 7259
Lenox Hill Hospital - 7223
Manhattan Eye, Ear and Throat Hospital - 7226
Manhattan State Hospital - 7227
Manhattan V.A. Hospital - 7228
Medical Arts Center Hospital - 7229
Memorial Hospital for Cancer & Allied Diseases - 7230
Metropolitan Hospital Center - 7231
Mount Sinai Hospital - 7233
New York Hospital - 7234
New York Eye and Ear Infirmary - 7237
New York Infirmary - 7239
New York University Medical Center - 7241
Rockefeller University Hospital - 7246
St. Luke's Roosevelt Hospital Center - 7247
Saint Clare's Hospital and Health Center - 7249
St. Luke's Hospital Center - 7251
St. Vincent's Hospital and Medical Center - 7252
Presbyterian Hospital in NYC A. Pavilion Division - 7260
Presbyterian Hospital in the City of New York - 7261

MV-104COV (7/18)

## NEW YORK STATE HOSPITAL CODES

**NIAGARA COUNTY HOSPITALS**
Degraff Memorial Hospital - 3101
Inter-community Memorial Hospital - 3102
Lockport Memorial Hospital - 3103
Mount. St. Mary's Hospital - 3104
Mount View Hospital - 3105
Niagara Falls Memorial Medical Center - 3106
Ransomville General Hospital - 3107

**ONEIDA COUNTY HOSPITALS**
Childrens Hospital and Rehabilitation Center - 3201
Faxton Hospital, Inc. - 3203
Griffis A.F.B. Hospital - 3209
Marcy Psychiatric Center - 3202
Rome Hospital & Murphy Memorial Hospital   - 3204
Rose Hospital - 3206
St. Elizabeth Hospital - 3207
St. Luke's Memorial Hospital Center - 3208
Utica Psychiatric Center  - 3205

**ONONDAGA COUNTY HOSPITALS**
Community-General Hospital - 3302
Crouse-Irving Memorial Hospital - 3305
St. Joseph's Hospital - 3304
St. Mary's Hospital of Syracuse - 3306
State University Hospital Upstate Medical  Center - 3307
V.A. Hospital - 3301

**ONTARIO COUNTY HOSPITALS**
Canandaigua V.A. Hospital - 3401
Clifton Springs Hospital and Clinic - 3403
Frederick Ferris Thompson Hospital - 3402
Geneva General Hospital - Long Term Care  - 3404

**ORANGE COUNTY HOSPITALS**
Arden Hill Hospital - 3505
Cornwall Hospital - 3506
Horton Memorial Hospital - 3503
Middletown Psychiatric Center  - 3504
St. Anthony Community Hospital - 3507
Mercy Community Hospital of Port Jervis - 3508
St. Luke's Hospital of Newburgh - 3509
Tuxedo Memorial Hospital Health Care Center  - 3501
West Point Hospital - 3514

**ORLEANS COUNTY HOSPITALS**
Medina Memorial Hospital - 3602

**OSWEGO COUNTY HOSPITALS**
A.L. Lee Memorial Hospital - 3701
Oswego Hospital - 3702

**OTSEGO COUNTY HOSPITALS**
Aurelia Osborn Fox Memorial Hospital - 3801
Mary Imogene Bassett Hospital - 3803

**PUTNAM COUNTY HOSPITALS**
Julia L. Butterfield Memorial Hospital - 3901
Putnam Hospital Center  - 3902

**Queens County Hospitals**
Astoria General Hospital - 7301
Booth Memorial Medical Center - 7302
Boulevard Hospital - 7303
Catholic Medical Center - Brooklyn-Queens, Inc. 7304
City Hospital Center at Elmhurst (Satellite) - 7305
Creedmore Psychiatric Center - 7306
Deepdale General Hospital - 7307
Flushing Hospital and Medical Center - 7308
Catholic Medical Center-Brooklyn-Queens, Inc. St. Joseph's Hospital Div. - 7309
H.I.P. Hospital, Inc. - 7310
Jamaica Hospital - 7311
Long Island Jewish-Hillside Medical Center - 7314
Mary Immaculate Hospital Div. of Cath. Med. Ctr., Brooklyn-Queens - 7315
Parkway Hospital - 7316
Parsons Hospital - 7317
Peninsula Hospital Center - 7318
Physician's Hospital - 7319
Queens Hospital Center - 7321
St. John's Episcopal Hospital South Shore Div. - 7322
St. Albans Naval Hospital - 7323
St. John's Queen Hospital Div. of Cath. Med. Ctr., Brooklyn-Queens -7324
St. Mary's Hospital for Children - 7325
Laguardia Hospital - 7326

**RENSSELAER COUNTY HOSPITALS**
Leonard Hospital - 4101
Samaritan Hospital - 4102
St. Mary's Hospital - 4103

**RICHMOND COUNTY HOSPITALS**
Bayley Seton Hospital - 7408
Doctor's Hospital of Staten Island - 7401
Richmond Memorial Hospital and Health Center - 7402
Sea View Hospital and Home - 7403
St. Vincent's Medical Center of Richmond - 7404
Staten Island Hospital - The Urgent Care Center - 7405
U.S. Public Health Service Hospital (Marine Hospital) - 7406
Staten Island University Hospital - North - 7409
Staten Island University Hospital - South - 7410

**ROCKLAND COUNTY HOSPITALS**
Good Samaritan Hospital - 4302
Helen Hayes Hospital - 4305
Nyack Hospital - 4303
N.Y.S. Rehabilitation Hospital - 4304
Rockland Psychiatric Center  - 4301
Summit Park Hospital - Rockland Co. Infirmary - 4306

**ST. LAWRENCE COUNTY HOSPITALS**
A. Barton Hepburn Hospital - 4401
Canton-Potsdam Hospital - 4406
Clifton Fine Hospital - 4403
Edward J. Noble Hospital - (Canton) - 4404
Edward J. Noble Hospital - (Gouverneur) - 4408
Messina Memorial Center Hospital - 4405
St. Lawrence Psychiatric Center  - 4407

**SARATOGA COUNTY HOSPITALS**
Adirondack Regional Hospital - 4502
Benedict Health Center -  4503
Saratoga Hospital - 4501

**SCHENECTADY COUNTY HOSPITALS**
Bellevue Maternity Hospital - 4605
Ellis Hospital - 4603
St. Clare's Hospital - 4601

**SCHOHARIE COUNTY HOSPITALS**
Community Hospital of Schoharie County, Inc. - 4701

**SCHUYLER COUNTY HOSPITALS**
Schuyler Hospital - 4801

**SENECA COUNTY HOSPITALS**
Seneca Falls Hospital - 4901
Taylor-Brown Health Care Center and Nursing Home  - 4902
Willard Psychiatric Center  - 4903

**STEUBEN COUNTY HOSPITALS**
Bath V.A. Hospital - 5005
Bethesda Hospital - 5001
Corning Hospital - 5002
Ira Davenport Memorial Hospital - 5003
St. James Mercy Hospital - 5004

**SUFFOLK COUNTY HOSPITALS**
Brookhaven Memorial Hospital - 5116
Brunswick Hospital Center - 5111
Central Islip Psychiatric Center  - 5117
Central Suffolk Hospital - 5101
Community Hospital of Western Suffolk - 5112
Eastern Long Island Hospital - 5121
Good Samaritan Hospital - 5108
Huntington Hospital - 5104
J.T. Mather Hospital - 5110
Kings Park Psychiatric Center  - 5113
Pilgrim Psychiatric Center  - 5107
Southampton Hospital - 5119
Southside Hospital - 5114
South Oaks Psychiatric Center  - 5109
St. Charles Hospital - 5122
St. John's Smithtown Hospital - 5115
Suffolk State School - 5133
University Hospital Stony Brook - 5134
V.A. Medical Center - Northport - 5118

**SULLIVAN COUNTY HOSPITALS**
Community General Hosp. of Sullivan Co. - G. Herman Div. - 5201
Community General Hosp. of Sullivan Co. - Harris - 5204

**TIOGA  COUNTY HOSPITALS**
Tioga General Hospital - 5301

**TOMPKINS COUNTY HOSPITALS**
Robert Packer Hospital - 5402
Tompkins Community Hospital - 5401

**ULSTER COUNTY HOSPITALS**
Benedictine Hospital - 5503
Ellenville Community Hospital - 5502
Kingston Hospital - 5501

**WARREN COUNTY HOSPITALS**
Glens Falls Hospital, Inc. - 5601

**WASHINGTON COUNTY HOSPITALS**
Emma Laing Stevens Hospital - 5701
Mary McClellan Hospital - 5702

**WAYNE COUNTY HOSPITALS**
Lyons Community Hospital - 5802
Meyers Community Hospital - 5803
Newark-Wayne Community Hospital, Inc. - 5804

**WESTCHESTER COUNTY HOSPITALS**
Blythedale Childrens Hospital - 5901
Burke Rehabilitation Center - 5902
Community Hospital at Dobbs Ferry - 5903
FDR V.A. Hospital in Montrose - 5911
Hudson Valley Hospital Center - 5908
Lawrence Hospital - 5906
Mount Vernon Hospital - 5920
New Rochelle Hospital Medical Center - 5923
Northern Westchester Hospital - 5907
NY Hospital-Cornell Medical Center-Westchester Div. - 5916
Phelps Memorial Hospital - 5909
St. Agnes Hospital - 5919
St. John's Riverside Hospital - 5910
St. Joseph's Hospital - 5925
St. Vincent's Hospital and Medical Center of NY - 5917
United Hospital - 5912
Westchester County Medical Center - 5905
White Plains Hospital - 5913
Yonkers General Hospital - 5914

**WYOMING COUNTY HOSPITALS**
Wyoming County Community Hospital - 6001

**YATES COUNTY HOSPITALS**
Soldiers and Sailors Memorial Hospital - 6101

**OUT-OF-STATE**
Canada - 9270
Connecticut - 9370
Massachusetts - 9170
New Jersey - 9670
Pennsylvania - 9470
Vermont - 9070
Any Other - 9970

MV-104COV (7/18)

## TRUCK/BUS CLASSIFICATION

The table below gives the codes that should be entered on the MV-104A (Police Accident Report) in the box (Vehicle Type". These codes apply to all buses except school buses, and to all trucks except pick-up trucks.

For example, an accident-involved vehicle that is a flat-bed truck with two axles on the tractor and two on the trailer would be coded G3; a New York City transit authority bus would be coded A.

We also request that the investigating officer provide the following information about cargo in the "Accident Description/Officer Notes" section, where applicable.

Was vehicle authorized:

1. to be oversize (height and/or width load)
2. to carry an overweight load?

and/or labeled to transport:

3. flammable/explosive materials?
4. poisonous/corrosive materials?
5. radioactive materials?
6. other hazardous cargo (explain?)

### TYPE OF VEHICLE

| | | | (1) BOX | (2) TANK | (3) PLATFORM |
|---|---|---|---|---|---|
| NUMBER OF AXLES | C | 2 Axle Single Unit | C1 | C2 | C3 |
| | D | 3 Axle Single Unit | D1 | D2 | D3 |
| | E | 4 Axle Single Unit | E1 | E2 | E3 |
| | F | 1 Axle Trailer, 2 Axle Tractor | F1 | F2 | F3 |
| | G | 2 Axle Trailer, 2 Axle Tractor | G1 | G2 | G3 |
| | H | 3 Axle Trailer, 3 Axle Tractor | H1 | H2 | H3 |
| | I | 2 Axle Trailer, 3 Axle Tractor | I1 | I2 | I3 |
| | J | 3 Axle Trailer, 3 Axle Tractor | J1 | J2 | J3 |
| | K | 2 Axle Trailer, 3 Axle Truck | K1 | K2 | K3 |
| | L | Semi & Trailer, Tractor 5 Axle (Doubles) | L1 | L2 | L3 |
| | M | Other Combinations | M1 | M2 | M3 |
| BUSES | A | TRANSIT BUS | A | A | A |
| | B | OVER-THE ROAD COACH | B | B | B |